**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:   (559) 486-4533

Attorney for Defendant
**ANA LILIA ANGULO**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:13-CR-00195-LJO |
| ) | |
| Plaintiff, ) | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**; ORDER |
| v. ) | |
| ANA LILIA ANGULO, ) | |
| Defendant. ) | |
| _____ ) | |

WHEREAS the previous real property proffered to secure the deed of trust and real property bond had insufficient equity, the defendant, Ana Lilia Angulo, hereby proffers the real property of cousin Juan M. Ruelas, Jr., to provide the security on her release bond as a condition of release.

IT IS HEREBY STIPULATED by and through the parties, Defendant Ana Lilia Angulo by and through her counsel of record Nicholas F. Reyes and Plaintiff United States of America by and through its counsel, Kevin P. Rooney, Assistant U.S. Attorney, that the designated property securing the deed of trust on the bond executed shall be the property owned by Juan M. Ruelas, Jr., in the amount of a full equity property bond not less than $25,000 secured by the equity in real property located at 334 South Cardinal Avenue, Stockton, California 95215 (San Joaquin County, APN:159-300-39).

**IT IS SO STIPULATED**

                                                  Respectfully submitted,

Dated: 06-07-13                      /s/ Nicholas F. Reyes
                                              NICHOLAS F. REYES, ESQ.
                                              Attorney for Defendant
                                              ANA LILIA ANGULO

**IT IS SO STIPULATED**

Dated: 06-12-13                      /s/ Kevin P. Rooney
                                              KEVIN P. ROONEY
                                              Assistant U.S. Attorney

                                          **ORDER**

IT IS SO ORDERED.

**Dated:   June 13, 2013**               **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE